■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID BENJAMIN, Appellant. [705 NYS2d 386] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Hanophy, J.), rendered September 12, 1995, convicting him of murder in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the prosecution (*see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. The People adduced evidence from which the jury could conclude that the defendant, a doctor, caused the fatal wound while terminating the victim's pregnancy. According to the medical testimony, the three- to four-inch long by one-inch wide laceration occurred during the evacuation process, because the victim's cervical opening was not sufficiently dilated to accommodate the extracted material, thus causing a grave risk of hemorrhaging. Furthermore, eyewitnesses testified that while in the recovery room, the victim, who had been anesthetized and sedated, bled profusely over a one- to two-hour period, during which time the defendant failed to adequately monitor her. Accordingly, the jury's determination that the defendant consciously disregarded a grave and very substantial risk of death under circumstances evincing a depraved indifference to human life is supported by the evidence (*see,* Penal Law § 125.25 [2]; *People v Register,* 60 NY2d

270, 274; *People v Ficaro,* 233 AD2d 460; *People v Best,* 202 AD2d 1015, *affd* 85 NY2d 826; *People v White,* 191 AD2d 604). Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see,* CPL 470.15 [5]).

The sentence was not excessive (*see, People v Suitte,* 90 AD2d 80).

The defendant's remaining contentions, including those raised in his supplemental *pro se* brief, are either unpreserved for appellate review or without merit. Bracken, J. P., O'Brien, Sullivan and Luciano, JJ., concur.